# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NATHANIEL JOHNSON, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00291-JCM-GWF |
| vs. | ) | **ORDER** |
| CHERYL, *et al.*, | ) | Motion to Request Service (#26) |
| Defendants. | ) | |

  This matter is before the Court on Plaintiff's Motion to Request Service on Unserved Defendants (#26), filed May 17, 2011.

  On April 22, 2011, the Court entered an order granting Plaintiff's application to proceed *in forma pauperis* (#1) and screening Plaintiff's Complaint. (#18). In its screening order the Court allowed Plaintiff's claims against defendants Dr. Mondora, charge nurse "Cheryl", Health Services Administrator "Melody", and Lt. Wiseman to proceed. Plaintiff was instructed to fill out and furnish to the United States Marshall ("Marshal") the required USM-285 forms for service. On May 12, 2011, the Marshal filed USM-285 a return indicating that Defendant Lt. Wiseman had been served. (#24). The Marshal also filed returns indicating that defendants Dr. Mondora, charge nurse "Cheryl", and Health Services Administrator "Melody" had not been served. (#22, #23, and #25). Plaintiff now seeks to serve the unserved defendants through their employer Naphcare, Inc. but has failed to identify any provision of law or the federal rules authorizing service in such a manner. Consequently, the Court will deny this motion but will grant Plaintiff an additional 120 days to conduct an investigation so as to determine the identities and addresses of the unserved defendants. Accordingly,

  **IT IS HEREBY ORDERED** Plaintiff's Motion to Request Service on Unserved Defendants (#26) is **denied**.

1    **IT IS FURTHER ORDERED** that Plaintiff shall have an additional 120 days from entry of this order to conduct an investigation so as to determine more detailed names and addresses for the unserved defendants.

DATED this 24th day of June, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**