# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL JOHNSON, | ) |
| Plaintiff, | ) Case No.  2:11-cv-00291-JCM-GWF |
| vs. | ) **ORDER** |
| CHERYL, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendant Lt. Ronna Wiseman's Motion to Extend All Discovery Deadlines (#41) filed July 25, 2011.  Upon review and consideration,

**IT IS ORDERED** Defendant Lt. Ronna Wiseman's Motion to Extend All Discovery Deadlines (#41) is **granted**.  The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery:  **January 26, 2012**
2. Last date to amend pleadings and add parties:  **October 28, 2011**
3. Last date to file interim status report:  **November 25, 2011**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2):  **November 25, 2011**
5. Last date to disclose rebuttal experts:  **December 26, 2011**
6. Last date to file dispositive motions:  **February 27, 2012**
7. Last date to file joint pretrial order:  **March 28, 2012**.

DATED this 4th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge