UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHANIEL JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CHERYL, *et. al.,*<br><br>    Defendants. | 2:11-cv-00291-JCM-CWH<br><br>**O R D E R** |

This matter is before the Court on Plaintiff Nathaniel Johnson's Motion for Status Check (Dkt. #137), filed March 25, 2013. The Court will grant the request for a status check and require the Clerk of Court to mail a copy of the docket to Plaintiff at the address on record. The background of this case was summarized in the Court's prior order (Dkt. #124). There is no need to restate that background here. Needless to say, Plaintiff has had substantial difficulty effectuating service on several defendants sued in their individual capacity. Because of this difficulty, Plaintiff has been granted several requests to extend the time to serve under Rule 4(m). As the Court previously noted, attempts at service cannot go on indefinitely. It appears that the information necessary to accomplish service on Defendant Mondora, Galante, and Molinaro was disclosed to the United States Marshal on or around February 4, 2013. *See* Sealed Response (Dkt. #134). It also that Defendant Molinaro has been served. *See* USM Return (Dkt. #136). Defendants Mondora and Galante remain unserved.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff Nathaniel Johnson's Motion for Status Check (Dkt. #137) is **granted**. The Clerk of Court shall mail a copy of the docket to Plaintiff at the address on the docket via standard U.S. Mail.

**IT IS FURTHER ORDERED** that the United States Marshal shall personally serve a copy of the summons and complaint on Defendants Mondora and Galante at the addresses provided in Naphcare's response to the Rule 45 Subpoena.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this Order to the United States Marshal.  The Clerk shall also provide a copy of complaint and summons for Defendants Mondora and Galante for service.

DATED: March 26, 2013.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge