ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
Attorneys for Defendants
MELODY MOLINARO and
DR. RAYMOND MONDORA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
~*~

| | |
|---|---|
| NATHANIAL JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>NURSE CHERYL GALANTE, both in her individual and official capacities; NURSE MELODY MOLINARO, both in her individual and official capacities; DOCTOR RAYMOND MONDORA, M.D., both in his individual and official capacities; DOES I-X, inclusive, in their individual and official capacities; and DOE ENTITIES, I-X, inclusive, in their individual and official capacities,<br><br>Defendants. | Case No. 2:11-cv-00291-JCM-CWH<br><br>**STIPULATION AND ORDER TO DISMISS ALL OF PLAINTIFF'S CLAIMS IN THIS LITIGATION, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, NATHANIAL JOHNSON, and Defendants, MELODY MOLINARO and DR. RAYMOND MONDORA, by and through their respective undersigned counsel of record, that all claims asserted by Plaintiff in this litigation be dismissed with prejudice. Each party shall bear their

. . . .

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

-1-

19315-ST
sao dismiss

1  own costs and fees.

2  DATED this _11th_ day of November, 2014.       DATED this __11th__ day of November, 2014.

3  ALVERSON, TAYLOR, MORTENSEN           THE DANIEL FIRM
   & SANDERS

4
   By _Seetal Tejura_                            By _____
5     SEETAL TEJURA, ESQ. (#008284)                 SCOTT R. DANIEL, ESQ. (#012356)
      7401 W. Charleston Boulevard                   200 S. Virginia Street, 8th Floor
6     Las Vegas, Nevada  89117                       Reno, Nevada 89501
      Attorneys for Defendants                       Attorneys for Plaintiff
7     MELODY MOLINARO and                            NATHANIAL JOHNSON
      DR. RAYMOND MONDORA

8

9                              **ORDER**

10     IT IS SO ORDERED November 24, 2014.

11                                    _James C. Mahan_
                                      The Honorable James C. Mahan
12                                    United States District Court Judge

13  Respectfully submitted by:

14  ALVERSON, TAYLOR, MORTENSEN
    & SANDERS

15  _Seetal Tejura_
16  SEETAL TEJURA, ESQ. (#008284)
    7401 W. Charleston Boulevard
17  Las Vegas, Nevada  89117
    Attorneys for Defendants
18  MELODY MOLINARO and
    DR. RAYMOND MONDORA

19

20

21

22

23

24

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

19315-ST
sao dismiss